₱2

Cause No. _____

**MOSES E. MENDEZ**
Plaintiff

**BED, BATH & BEYOND, INC.**
Defendant

§
§
§
§
§

IN THE DISTRICT COURT OF

HARRIS COUNTY, TEXAS

_____ JUDICIAL DISTRICT

## CIVIL CASE INFORMATION SHEET

This form must be completed and filed with every original petition, and a copy attached to every original petition served. The information should be the best available at the time of filing, understanding that such information may change before trial. <u>This information does not constitute a discovery request, response, or supplementation; and is not admissible at trial.</u>

Service must be obtained promptly. Notice is hereby given that, per Harris County Local Rule 3.6, any case in which no answer has been filed or default judgment signed FOUR (4) MONTHS from filing will be eligible for DISMISSAL FOR WANT OF PROSECUTION.

Type of action:   ☑ Commercial   ☑ Personal Injury   ☐ Death   ☐ Other

**Check all claims pled:**

| | | | |
|---|---|---|---|
| ☐ Account due | ☐ Defamation | ☐ Fraud | ☐ Products liability |
| ☐ Admiralty | ☐ Disbarment | ☐ Garnishment | ☐ Post judgment |
| ☐ Assault | ☑ Discrimination | ☐ Injunction/TRO | ☐ Railroad |
| ☐ Asbestosis | ☐ Dram shop | ☐ Insurance bad faith | ☐ Real estate |
| ☐ Auto | ☐ DTPA | ☐ Malicious prosecution | ☐ Securities fraud |
| ☐ Bill of review | ☑ Employment discharge | ☐ Malpractice/Legal | ☐ Sequestration |
| ☐ Conspiracy | ☐ Expunction | ☐ Malpractice/Medical | ☐ Silicone implant |
| ☐ Contract | ☐ False imprisonment | ☐ Name change | ☐ Tortious interference |
| ☐ Deed restriction | ☐ Foreclosure | ☐ Note | ☐ Trespass |
| ☐ Declaratory judgment | ☐ Forfeiture | ☐ Premises liability | ☐ Workers compensation |
| | ☐ Other _____ | | |

**FILED** Theresa Chang District Clerk NOV 01 2007 Time: _____ Harris County, Texas By _____ Deputy

Has this dispute previously been in the Harris County courts?   ☑ No   ☐ Yes, in the following court: ____
Monetary damages sought:   ☐ less than $50,000   ☐ 50,001 - $100,000   ☑ greater than $100,000
Estimated time needed for discovery:   ☐ 0-3 months   ☑ 4-6 months   ☐ 7-12 months   ☐ >1 year
Estimated time needed for trial:   ☑ 1-2 days   ☐ 3-5 days   ☐ 6-10 days   ☐ > 10 days

Are you going to request Level 3 status?   ☐ Yes   ☑ No
If yes, please state your estimate for total hours of deposition per side: _____ and the number of interrogatories needed for each party to serve on any other party: _____

Name of party filing this cover sheet: **Moses E. Mendez**
Signature of attorney or pro se filing cover sheet: **Woodrow Epperson** /s/ Woodrow Epperson
Name printed: **Woodrow Epperson**
Phone No: **713 993 6303**   Bar No: **06637000**

**FOR COURT USE ONLY:**

Track assigned   ☐ Track 1   ☐ Track 2   ☐ Track 3

Court Coordinator _____   Date: _____

COURT

EXHIBIT A

Certified Document Number: 33700653 - Page 1 of 2



COUNTY AUDITOR'S FORM 99A
HARRIS COUNTY, TEXAS (V.10/99)

 OFFICIAL RECEIPT    1 NO 211546

# THERESA CHANG DISTRICT CLERK

ACTION: DISCRIMINATION    CASE: C-200767483    TRANS NO: 7998686    COURT: 281
STYLE PLT: MENDEZ, MOSES E
DEF: BED BATH & BEYOND

| FEE | DESCRIPTION | QTY | AMOUNT | | | | |
|---|---|---|---|---|---|---|---|
| 100 | FILING NEW CASE | 1 | 50.00 | PAYMENT 1 | CHECK | 4035 | 197.00 |
| 195 | SECURITY SERVICE FEE | 1 | 5.00 | PAYMENT 2 | | | |
| 198 | DC RECORDS PRESERVAT | 1 | 5.00 | AMOUNT TENDERED: | | | ............ |
| 199 | RECORD PRESERVATION | 1 | 5.00 | | | | 197.00 |
| 450 | JUDICIAL FILING FEE | 1 | 40.00 | TOTAL AMOUNT: | | | 197.00 |
| 452 | LEGAL SRVC FEE-CIVIL | 1 | 10.00 | AMOUNT APPLIED: | | | 197.00 |
| 453 | SUPPORT OF JUDICIARY | 1 | 37.00 | CHANGE: | | | |
| 475 | LAW LIBRARY | 1 | 15.00 | | | | .00 |
| 525 | STENO FEE | 1 | 15.00 | RECEIVED EPPERSON, WOODROW JR. | | | (06637000) |
| 601 | DISPUTE RESOLUTION F | 1 | 10.00 | OF  10565 KATY FWY #250 | | | |
| 775 | APPELLATE JUDICIAL F | 1 | 5.00 | HOUSTON, TX 77024 | | | |

ONE HUNDRED NINETY-SEVEN DOLLARS AND 0/100************************** DOLLARS

PAYMENT DATE: 11/01/2007    FILE DATE: 11/01/2007

ASSESSED BY: HARRIS, MARCELLA
VALIDATED 11/05/2007 BY: BRANTLEY, FURSHILLA

FILE COPY

Certified Document Number: 33700653 - Page 2 of 2



I, Theresa Chang, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office
this _____December 13, 2007_____

Certified Document Number: 33700653  (Total Pages 2)

*[signature: Theresa Chang]*

THERESA CHANG, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**




No. 2007-67483

| | |
|---|---|
| MOSES E. MENDEZ | IN THE DISTRICT COURT |
| v. | HARRIS COUNTY, TEXAS |
| BED, BATH & BEYOND, INC. | 281st JUDICIAL DISTRICT |

**PLAINTIFF'S ORIGINAL PETITION**

TO THE HONORABLE JUDGE OF THE COURT:

Moses E. Mendez, plaintiff, files this original petition complaining of Bed, Bath & Beyond, Inc., defendant, and for cause of action shows the Court the following:

1. Discovery is intended to be conducted under Level 2 of Rule 190.1, Texas Rules of Civil Procedure.

2. Plaintiff is an individual residing in Houston, Harris County, Texas, and is over 40 years of age. His date of birth is November 9, 1947. At all times relevant to this action, plaintiff was over the age of 40. Defendant, Bed, Bath & Beyond, Inc. is a corporation authorized to do business and doing business in Houston, Harris County, Texas. It may be served with citation by serving its registered agent. At all times relevant hereto, defendant had in excess of twenty employees and was plaintiff's employer. At all times relevant hereto, defendant's principal place of business was located in Houston, Harris County, Texas. Plaintiff and defendant entered into agreements concerning employment with defendant, which were entered into and performed in Houston, Texas.

3. Venue is proper in Harris County, Texas, because an agreement concerning employment between plaintiff and defendant

Certified Document Number: 33700652 - Page 1 of 5

was entered into in Harris County, Texas, and the actions by defendant of which plaintiff complains occurred in Harris County, Texas.

4. This court has jurisdiction under Texas Labor Code Ann. Section 21.001 et seq. All administrative remedies have been exhausted.

5. At all times relevant to this action plaintiff was a full time employee of defendant. Plaintiff performed the duties of this position capably and effectively over a period of many years.

6. Although plaintiff performed the duties of his employment capably and effectively, defendant terminated plaintiff from his employment.

7. Plaintiff asserts without limitation, that defendant's actions described herein constituted discrimination against him on account of his age, in violation of the antidiscrimination provisions of the Age Discrimination in Employment Act and comparable provisions of the Texas Labor Code, as more specifically alleged below.

8. Specifically, plaintiff's age was a determining reason for the action of defendant in removing plaintiff from his position. The defendant is liable to plaintiff for its age discrimination against him in violation of the Age Discrimination in Employment Act and Tex. Labor Code Ann. Sec. 21.001 et seq. Defendant's unlawful conduct has proximately caused plaintiff actual damages, including lost income and employment benefits, emotional pain and suffering, and other damages. He suffered the loss of retirement and pension benefits which were promised to him and on which he

Certified Document Number: 33700652 - Page 2 of 5

intended to rely for his future welfare.

**NEGLIGENT HIRING, RETENTION AND SUPERVISION OF EMPLOYEES**

9. Plaintiff shows that defendant's negligence in hiring, retaining and supervising its managers and employees who worked with plaintiff, proximately caused damages to plaintiff. Specifically, plaintiff shows that defendant negligently hired, supervised and retained managers and employees who commenced and continued a practice of making repeated unwelcome and uninvited offensive verbal utterances to and toward plaintiff, and repeated unwelcome and uninvited offensive actions toward him. The complained of matters were committed by managers and employees who were negligently hired, retained and supervised by defendant.

10. Plaintiff has been required to retain counsel to prosecute his claims and seeks recovery of reasonable attorney's fees in the prosecution of claims under federal antidiscrimination laws and under the laws of the State of Texas.

**PRAYER**

Wherefore, plaintiff, requests that defendant be cited to appear and answer and that on final trial he have the following:

1. Judgment against defendant for damages in an amount within the jurisdictional limits of the court.
2. An award of attorney's fees for prosecuting claims against defendant.
3. Interest prior to judgment from the date of loss to date of judgment at the maximum rate prescribed by law.

4. His costs in the matter expended.

5. Interest after judgment at the maximum lawful rate on all the above sums from date of judgment until paid.

6. Such other and further relief to which he may be justly entitled.

Plaintiff demands a trial by jury.

Respectfully submitted,

Law Office of Woodrow Epperson

Woodrow Epperson
10565 Katy Freeway
Suite 250
Houston, Texas 77024
(713) 973-6303
FAX (713) 973-1882
State Bar No. 06637000

Attorney for
Moses E. Mendez

LAW OFFICE OF
# WOODROW EPPERSON
10565 KATY FREEWAY, SUITE 250
HOUSTON, TEXAS 77024
713 973-6303
Fax 713 973-1882
jepper1068@aol.com

**WOODROW EPPERSON**

October 31, 2007

Licensed in Texas
Florida and Pennsylvania

Theresa Chang
District Clerk
P. O. Box 4651
Houston, Texas 77210

Re: Case no. 2007-____, Mendez v. Bed, Bath & Beyond, Inc., in the
    ___th Judicial District Court, Harris County, Texas)

Dear Ms. Chang:

    Enclosed for filing is plaintiff's original petition. Please return a file stamped copy. Also enclosed is the civil cover sheet and my firm check for the filing fee.

    Thank you for your attention to this matter.

Very truly yours,

Woodrow Epperson

Enclosures
cc: Client

Certified Document Number: 33700652 - Page 5 of 5



I, Theresa Chang, District Clerk of Harris County, Texas, certify that this is a true and correct copy of the original record filed and or recorded in my office, electronically or hard copy, as it appears on this date
Witness my official hand and seal of office this      December 13, 2007

Certified Document Number:      33700652  (Total Pages 5)

*[signature]*

THERESA CHANG, DISTRICT CLERK
HARRIS COUNTY, TEXAS

**In accordance with Texas Government Code 406.013 electronically transmitted authenticated documents are valid. If there is a question regarding the validity of this document and or seal please e-mail support@hcdistrictclerk.com**

## Harris County Docket Sheet

# 2007-67483

**COURT:** 281st

**FILED DATE:** 11/1/2007

**CASE TYPE:** DISCRIMINATION



### MENDEZ, MOSES E
Attorney: EPPERSON, WOODROW JR.

### vs.

### BED BATH & BEYOND

| Docket Sheet Entries | |
|---|---|
| Date | Comment |