IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MOSES E. MENDEZ

v.   CIVIL ACTION NO. 4:07-CV-04326
     JURY

BED, BATH, & BEYOND, INC.

## CERTIFICATE OF INTERESTED PARTIES

I certify that the following listed persons have an interest in the outcome of this case.

| | |
|---|---|
| Plaintiff: | Mr. Moses E. Mendez<br>3427 Honey Creek Lane<br>Houston, Tx 77082 |
| Plaintiff's counsel: | Woodrow Epperson<br>The Law Office of Woodrow Epperson<br>10565 Katy Freeway<br>Suite 250<br>Houston, Texas 77024 |
| Defendant: | Bed, Bath & Beyond, Inc.<br>Post Office Box 3759<br>Union, New Jersey 07083-3759 |

Dated: 18 December, 2007

Woodrow Epperson