IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOSES E. MENDEZ, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:07-cv-04326 |
| | § | JURY |
| BED BATH & BEYOND, INC. | § | |
| | § | |
| Defendant | § | |

## DEFENDANT'S DISCLOSURE STATMENT

Defendant, Bed Bath & Beyond, Inc., files *Defendant's Disclosure Statement* and pursuant to Rule 7.1 and the Court's Order discloses the following:

The persons and entities that are financially interested in the outcome of this case are:

1. Moses E. Mendez, Plaintiff.

2. Woodrow Epperson, Esq., and the Law Office of Woodrow Epperson. Mr. Epperson represents Mr. Mendez in this lawsuit.

3. <u>Bed Bath & Beyond, Inc.</u>, Defendant, and its various subsidiaries, including Harmon Stores, Inc., and Christmas Tree Shops, Inc. There are no parent companies of Bed Bath & Beyond, Inc., and there is no publicly-held corporation that owns 10% or more of Bed Bath & Beyond, Inc.'s stock.

Respectfully submitted,

 /s/ Paul E. Hash
Paul E. Hash, Esq.
Attorney-in-Charge
Texas Bar No. 09198020
hashp@jacksonlewis.com
William E. Hammel, Esq.
Texas Bar No. 24036714
hammelw@jacksonlewis.com
Jackson Lewis LLP
3811 Turtle Creek Blvd., Suite 500
Dallas, Texas 75219-4497
PH: (214) 520-2400
FX: (214) 520-2008

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I certify that *Defendant's Disclosure Statement* was served on the following counsel of record, via ECF notification, on the 7th day of January, 2008:

Woodrow Epperson, Esq.
Law Office of Woodrow Epperson
10565 Katy Freeway
Suite 250
Houston, Texas 77024
PH: (713) 973-6303
FX: (713) 973-1882

 /s/ Paul E. Hash
Paul E. Hash