IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MOSES E. MENDEZ

v.                                          CIVIL ACTION NO. 4:07-CV-04326
                                                        JURY

BED, BATH, & BEYOND, INC.

**PLAINTIFF'S MOTION TO REMAND TO STATE COURT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

    Moses E. Mendez, plaintiff, files this his motion to remand this cause to state court and shows the following:

    1. This action was originally filed in state court, as Case no. 2007-67483, Mendez v. Bed, Bath & Beyond, Inc., in the 281st Judicial District Court, Harris County, Texas

    2. Defendant removed plaintiff's original petition in state court to this court.

    3. Plaintiff has, contemporaneously with the filing of this motion, filed his stipulation that his damages in the captioned action, exclusive of interest, costs, and attorney fees does not exceed $75,000.00, and plaintiff so stipulates here.

    4. Accordingly, this court is without jurisdiction and should remand this action to state court, specifically to the court in which the action was originally filed.

    Wherefore, plaintiff moves this court to grant his motion to remand and to remand this action to the Honorable 281st Judicial

District Court, Harris County, Texas, from which it was removed.

Respectfully submitted,

/s/
Woodrow Epperson
10565 Katy Freeway
Suite 250
Houston, Texas 77024
(713) 973-6303
FAX (713) 973-1882
Texas Bar no. 06637000
So. Dist. no. 143

Attorney in charge for
Moses E. Mendez

## CERTIFICATE OF SERVICE

    The foregoing pleading was served in accordance with the Federal Rules of Civil Procedure upon all attorneys and persons entitled to receive service thereof as shown below on this ___7th___ day of February_____, 2008.

                                    /s/ _____
                                    Woodrow Epperson

Paul E. Hash
Jackson Lewis LLP
3811 Turtle Creek Blvd, Suite 500
Dallas, TX 75219

## CERTIFICATE OF CONFERENCE

    This certifies that I attempted to confer with counsel set forth below concerning the above motion, was unable to and do not know whether he is opposed to the motion to remand on this ___7th___ day of __February__, 2008.

                                    _____
                                    Woodrow Epperson

Paul E. Hash
Jackson Lewis LLP
3811 Turtle Creek Blvd, Suite 500
Dallas, TX 75219

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MOSES E. MENDEZ

v.  CIVIL ACTION NO. 4:07-CV-04326
JURY

BED, BATH, & BEYOND, INC.

**ORDER**

Plaintiff's motion to remand to state district court is granted and this action is ordered remanded to the 281st Judicial District Court, Harris County, Texas.

SIGNED this ___ day of_____, 2008.


_____
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

MOSES E. MENDEZ

v.   CIVIL ACTION NO. 4:07-CV-04326
JURY

BED, BATH, & BEYOND, INC.

## PLAINTIFF'S STIPULATION REGARDING AMOUNT IN CONTROVERSY

Plaintiff stipulates that the amount of his alleged damages in his claims against defendant, in the captioned action exclusive of interest, costs, and attorney fees does not exceed $75,000.00.

Respectfully submitted,

*/s/ Moses E. Mendez*
Moses E. Mendez
　　　　Plaintiff

*/s/ Woodrow Epperson*
Woodrow Epperson
10565 Katy Freeway
Suite 250
Houston, Texas 77024
(713) 973-6303
FAX (713) 973-1882
State Bar No. 06637000
So. Dist. No. 143

Attorney in Charge for
Moses E. Mendez

**CERTIFICATE OF SERVICE**

    The foregoing pleading was served in accordance with the Federal Rules of Civil Procedure upon all attorneys and persons entitled to receive service thereof as shown below on this ~~28th~~ 7th day of ~~January~~ Feb. , 2008.

                                              /s/ Woodrow Epperson
                                              Woodrow Epperson

Paul E. Hash
Jackson Lewis LLP
3811 Turtle Creek Blvd, Suite 500
Dallas, TX 75219