IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 8 2008

Michael N. Milby, Clerk

Mender
_____
Plaintiff,

§
§
§
§
vs.                                           §   Civil Action H-
§
Brd Bett r Beyond                             §   4:07-CV-04326
_____                               §
Defendant.                                    §

## Consent to Proceed Before a Magistrate Judge

Under 28 U.S.C. Sec. 636(c), the parties to this civil matter waive their right to proceed before a district judge and consent to have a United States Magistrate Judge conduct all further proceedings, including the trial and judgment.

_____          _Paul E. Hood_____

_____          _____

_____          _____

Appeal shall be to the United States Court of Appeals for the Fifth Circuit under 28 U.S.C. Sec. 636(c)(3), unless all parties consent, by signing below, to appeal to a district judge under 28 U.S.C. Sec. 636(c)(4).

_____          _____

_____          _____

_____          _____

[Note: File this with the Clerk
only if it has been signed by all the parties.]

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

## ORDER OF REFERENCE

It is ORDERED that this matter is assigned to United States Magistrate Judge <u>Stephen Wm. Smith</u> to conduct all further proceedings, including final judgment.

Date: Mar 4, 2008                _____
                                 DAVID HITTNER
                                 UNITED STATES DISTRICT JUDGE